# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY HURD,<br><br>    Plaintiff,<br><br> vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE GROUP, INC., and FNMS MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | 8:22CV261<br><br>ORDER |

  This matter is before the Court following a planning conference held with counsel for the parties on August 30, 2023. The parties notified the Court that this matter has been settled. In accordance with the matters discussed during the planning conference,

  **IT IS ORDERED:**

  1. On or before **October 16, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

  2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

  3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

  Dated this 30th day of August, 2023.

                 BY THE COURT:

                 s/Michael D. Nelson
                 United States Magistrate Judge